In the Matter of MILTON E. JACOBOWITZ, Appellant, against S. HOWARD COHEN et al., Constituting the Board of Elections of the City of New York.

GEORGE F. YOUNG, Respondent.

Argued August 17, 1946; decided August 17, 1946.

622

*Irving Lemov* for appellant.

*Leo Dikman* for respondent.

*John J. Bennett, Corporation Counsel (Russell L. Tarbox* of counsel), for Board of Elections.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND and FULD, JJ. Taking no part: THACHER and DYE, JJ.